UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Reynolds Sheltra       JOINT DEBTOR: Sondra Sheltra       Case No.: 11-
Last Four Digits of SS# -7092   Last Four Digits of SS# -1665

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 489.52   for months   1   to   60   ;
B. $ _____  for months   ___ to ___  ;
C. $ _____  for months   ___ to ___  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,400.00 ($3,650 + $750 MTV)   TOTAL PAID $ 800.00
Balance Due $3,600.00   payable $ 138.46 /month (Months 1 to 26 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date $ _____
Account No: _____  Arrears Payment    $ _____ /month (Months ___ to ___ )
                                 Regular Payment    $ _____ /month (Months ___ to ___ )

2. SunTrust Bank                 PAY-OFF TOTAL $ 13,057.51  payable $ 306.56 /month (Months 1 to 48 )
Account No: 0462                 [payment includes 6% interest for total payments of $14,714.88]

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank, NA  Acct...7955 | 1893 SW Penrose Avenue, Port St. Lucie, FL 34953  $70,000.00 | 0 % | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $ _____
                       Payable   $ _____ /month (Months ___ to ___ )

Unsecured Creditors: Pay $ 138.46   /month (Months  1  to  26  )
                        $ 445.02   /month (Months 27  to  60  ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: St Lucie County Tax Collector and Wells Fargo Bank, NA/Wells Fargo Home Mortgage(re 1st mortgage on 1893 SW Penrose Avenue, Port St. Lucie, FL 34953-acct...2386) to be paid directly. SunTrust Bank shall release lien on 2006 Honda Ridgeline and turn title over to debtors immediately upon payment of allowed, secured claim amount above.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____           _____
Debtor                                  Joint Debtor
Date: 2/28/11                           Date: 2/28/11

LF-31 (rev. 01/08/10)